STATE OF NEW JERSEY v. EMORY M. GHANA.

December 8, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. OCTAVIO OSORIO QUINTANA.

December 8, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. LAVERT EVANS.

December 8, 1987.

Petition for certification denied.

STATE OF NEW JERSEY IN THE INTEREST OF
A.D.H., A JUVENILE.

December 8, 1987.

Petition for certification denied.